# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **HOLLIS CHADWICK SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case No. 6:23-cv-00372-RDP-SGC |
| ) | |
| **NICK SMITH, Sheriff, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on May 9, 2023 recommending the dismissal of this action without prejudice for failure to prosecute. (Doc. 4). Although the Magistrate Judge advised Plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that Recommendation, this mater is due to be dismissed for failure to prosecute. FED. R. CIV. P. 41(b).

A final judgment will be entered.

**DONE** and **ORDERED** this June 2, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE